# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STANLEY CHRISTMAS,

       Plaintiff,                   CASE NO. 07-10840

v.                                 PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

MACOMB COUNTY CIRCUIT
COURT,

       Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
## REQUEST FOR APPOINTMENT OF COUNSEL

Having considered the application for appointment of counsel under 28 U.S.C. § 1915(e),

IT IS ORDERED that the application is DENIED without prejudice.

**SO ORDERED.**

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: March 2, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 2, 2007.

                                           s/Denise Goodine
                                           Case Manager