UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STANLEY MICHAEL CHRISTMAS,

        Plaintiff,

v.                                       No. 07-10840

MACOMB COUNTY CIRCUIT
COURT et al.,                         HON. PAUL D. BORMAN

        Defendants,

        Defendant(s).
_____/

## **JUDGMENT**

In accordance with the Order Accepting Magistrate Judge's Report and Recommendation entered this date;

It is **ORDERED** and **ADJUDGED** that defendants' motion to dismiss is **GRANTED** and the case is **DISMISSED**.

                                                         DAVID J. WEAVER
                                                         CLERK OF THE COURT

                                                         s/Denise Goodine
                                                         Denise Goodine
                                                          Deputy Clerk

Dated: 1/30/08